UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


RICHARD HOPE, ET AL

VERSUS

EDITH REBECCA YOUNG-TORRES,
ET AL

CIVIL ACTION

NUMBER 06-988-FJP-SCR

**JUDGMENT**

For written reasons assigned;

IT IS ORDERED that the motion for summary judgment by Edith Rebecca Young[1] and RCG Enterprises, Inc. is granted.

IT IS FURTHER ORDERED that plaintiffs' claims be and each are hereby dismissed with prejudice.

Baton Rouge, Louisiana, July 22, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Edith Rebecca Young is erroneously named as Edith Rebecca Young-Torres.

Doc#45300